UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plantiff,

-vs-

D-1  JOHN HAMILTON,

    Defendant.

CRIMINAL NO. 2:15-cr-20804

HON. BERNARD A. FRIEDMAN

**ORDER GRANTING UNOPPOSED MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE**

Upon consideration of Defendant Hamilton's [ECF No. 169] Unopposed Motion for Early Termination of Supervised Release, IT IS HEREBY ORDERED THAT:

1.    Defendant Hamilton's Motion is GRANTED;

2.    Defendant Hamilton's supervised release will be hereby terminated on Monday, January 4, 2021.

SO ORDERED.

Dated:  December 29, 2020
         Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge